# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 19-01421 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| $8,000.00 IN UNITED STATES CURRENCY | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT OF FORFEITURE

WHEREAS, on March 6, 2020, the Clerk issued an Entry of Default as to the interests of Nicholas Glover and Esther Mae in the Defendant property, EIGHT THOUSAND DOLLARS ($8,000.00) in U.S. Currency (the "Defendant property"), pursuant to Rule 55 of the Federal Rules of Civil Procedure; and WHEREAS, the record in this matter indicates that proper notice of this forfeiture action was sent and proper publication of the notice of forfeiture was made under Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and for the reasons set forth in the Motion for Default Judgment filed by the United States of America (the "United States"), along with the Affidavit of Default [Doc. No. 10-1]; the Declaration of Publication [Doc. No. 7]; the Complaint for Forfeiture, verified by the Declaration of Joshua Kocher, Postal Inspector with the United States Postal Inspection Service,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Default Judgment is **GRANTED**, and the Defendant property is condemned pursuant to 21 U.S.C. § 881(a)(6) as property intended to be furnished in exchange for a controlled substance in violation of Chapter 13, Subchapter I of Title 21, United States Code; as proceeds traceable to such an

exchange; and/or was money used or intended to be used to facilitate a violation of Chapter 13, Subchapter I of Title 21, United States Code; condemned pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956; and forfeited to the United States pursuant to federal law.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States shall be recognized as having sole right, title, and interest to the Defendant property, and all right, title, and interest in the Defendant property by any others is hereby extinguished.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send a copy of this Judgment to the United States Marshals Service for the Western District of Louisiana and to close this case.

MONROE, LOUISIANA, this 14th day of April, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE